District of Columbia denied. *Messrs. Daniel Thew Wright* and *R. Robinson Chance* for petitioner. *Solicitor General Reed, Assistant Attorney General Stephens,* and *Messrs. Carl F. McFarland* and *Moses S. Huberman* for respondents.

No. 825. WILEY *v.* UNITED STATES. April 29, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Emmett E. Doherty* for petitioner. *Solicitor General Reed* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for the United States.

No. 828. NORFOLK & WASHINGTON STEAMBOAT CO. ET AL. *v.* UNITED STATES. April 29, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Edward R. Baird* and *George M. Lanning* for petitioners. *Solicitor General Reed, Assistant Attorney General Sweeney,* and *Mr. Paul A. Sweeney* for the United States.

No. 829. McCANNELL *v.* UNITED STATES. April 29, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John Elliott Byrne* for petitioner. *Solicitor General Reed* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for the United States.

No. 830. TUCKER *v.* UNITED STATES. April 29, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Arthur A. Cocke* and *Albert L. Wilson* for petitioner. *Solicitor Gen-*

eral *Reed* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for the United States.

No. 835. FIDELITY STORAGE CO. ET AL. *v.* JAQUES. April· 29, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Charles H. Merillat* for petitioners. *Messrs. W. W. Millan* and *R. E. L. Smith* for respondent.

No. 843. BLOEDORN *v.* BLOEDORN. April 29, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. William C. Sullivan* for petitioner. *Mr. Crandal Mackey* for respondent.

No. 863. POLLAK *v.* McCULLOCH, RECEIVER. April 29, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Samuel A. Ettelson* for petitioner. *Messrs. Guy M. Peters* and *James G. Condon* for respondent.

No. 802. UJICH *v.* COMMISSIONER OF IMMIGRATION. May 6, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Carol King* and *Isaac Shorr* for petitioner. *Solicitor General Reed* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for respondent.